**Carlos KIDD, Plaintiff-Appellant**

v.

**Brad LIVINGSTON, Defendant-Appellee**

**No. 17-40912**

United States Court of Appeals, Fifth Circuit.

Filed January 29, 2018

Carlos Kidd, Pro Se

Jason T. Bramow, Assistant Attorney General, Office of the Attorney General for the State of Texas, Austin, TX, for Defendant-Appellee

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM: [*]

Carlos Kidd, Texas prisoner # 1079464, filed a 42 U.S.C. § 1983 complaint, alleging that Brad Livingston, the former director of the Texas Department of Criminal Justice, failed to protect him. Kidd moves for leave to proceed in forma pauperis (IFP) to appeal the magistrate judge's report and recommendation.

This court must examine the basis of its jurisdiction, sua sponte, if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). We lack jurisdiction to address this appeal. *See Donaldson v. Ducote*, 373 F.3d 622, 624 (5th Cir. 2004); *see also Colburn v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989). Accordingly, we dismiss the appeal and deny Kidd's IFP motion as moot.

APPEAL DISMISSED; MOTION DENIED AS MOOT.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.